ALBANY,
Dec. 1830.

Small
v.
Edrick.

---

### SMALL *vs.* EDRICK.

*Notice of trial* to be good must be *fourteen* days *before* court, *exclusive* of the day of service.

NOTICE of trial. The notice of trial in this case was served on the *ninth* day of November for the *twenty-third* day of the same month, and an inquest was taken at the circuit. A motion was now made to set aside the inquest for irregularity, on the ground that notice of trial was not served fourteen days *before* the first day of the court at which the trial was had.

Dec. 9th.

*C. Y. Lansing,* for defendant.

*J. Edwards,* for plaintiff.

*By the Court,* MARCY, J. The language of the statute is, "written notice of trial of every issue of fact shall in all cases be served at least fourteen days *before* the first day of the court at which such trial shall be intended to be had." 2 *R.*

*S.* 410, § 7.　This act varies in its phraseology from the act of 1813, 1 *R. L. 326,* § 3.　Ordinarily, in the computation of time as to the service of papers, one day is included and the other is excluded, and so is the general rule of this court, *Rule* 62, *adopted* 1*st January,* 1830; but that rule expressly *excludes* the day of service, and the statute excludes the first day of court; consequently there was in this case a notice of only *thirteen* days. · The motion is therefore granted, but without costs.

---

### ANON.

Special motions should be *argued* and not *submitted* on briefs, as was the practice under former rules.

Dec. 9th.

COUNSEL offered to *submit* papers on a motion noticed for this day.